# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.            Case No.: 1:23−cr−00273
Honorable Brett H Ludwig

Leonard Delaney

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 26, 2023:

    MINUTE entry before the Honorable Brett H Ludwig as to Leonard Delaney: By request and agreement of the parties, the in−person detention hearing set for May 30, 2023 at 1:00 p.m. is stricken and reset to June 2, 2023 at 11:00 a.m. The hearing will be at the Northern District of Illinois in courtroom 1725. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.